# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
HUGO JOSE ZALDANA,
Defendant.

Case No. 2:26-cr-00622-SPG

ORDER OF DETENTION

On October 13, 2026, Defendant Hugo Jose Zaldana made his initial appearance on the Complaint in this matter. The Office of the Federal Public Defender, and DFPD Hallie Moor, was appointed to represent Mr. Zaldana. The Court ordered Mr. Zaldana detained.

The Court makes the following findings:

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving any felony that is not otherwise a crime of violence that involves

a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance:

Mr. Zaldana has been in custody for the last fifteen months. He has no permanent housing, only a temporary offer of housing, and has not been employed since he has been in custody. While he has family ties to this District, he has a parent in Mexico, and the serious charges on the table give him a significant motivation to not appear in court, including by fleeing the jurisdiction. The Court therefore finds that he poses a risk of non-appearance that cannot be adequately mitigated by conditions.

As to danger to the community:

The Indictment makes serious allegations involving sexual assault and violence against a young teenager, threats of release of sexually explicit materials of that teenager, and, in some cases, follow through on those threats. The allegations extend over a period of months, and are such that the Court concludes no condition or combination of conditions can reasonably assure the safety of the community.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: October 13, 2026

/s/

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE